**RYAN T. O'CONNOR, OSB No. 053353**
O'Connor Weber LLC
1500 SW First Avenue, Suite 1090
Portland, OR 97201
Telephone: (503) 226 0923
Email: ryan@oconnorweber.com

Attorney for Plaintiff Sterling Cunio

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**Eugene Division**

| | |
|---|---|
| STERLING RAY CUNIO,<br><br>           Plaintiff,<br><br>    v.<br><br>KATE BROWN, in her Official Capacity as Governor of the State of Oregon, COLETTE S. PETERS, in her Official Capacity as Director of the Oregon Department of Corrections; MICHAEL HSU, in his Official Capacity as Chairperson, Oregon Board of Parole and Post-Prison Supervision; jointly and severally,<br><br>           Defendants. | Case No. 6:14-cv-01647-MK<br><br>**SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES** |

This Court granted summary judgment in favor of Plaintiff, Sterling Cunio, and entered a judgment in Plaintiff's favor on February 20, 2020. Plaintiff now asks this Court to order Defendants to pay $49,913.16 in attorney fees. Defendants stipulate to that amount and do not oppose Plaintiff's motion.

Based on the stipulation of the parties, this Court orders that Defendants pay Plaintiff $49,913.16 in attorneys fees.

IT IS SO ORDERED.

DATED: 4/17/2020

s/ Mustafa T. Kasubhai
HONORABLE MUSTAFA T. KASUBHAI
U.S. Magistrate Judge